## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|                                    |   |                |
|------------------------------------|---|----------------|
|                                    | : |                |
| **THOMAS MCMANUS and**             | : | **CIVIL ACTION** |
| **KIMBERLY MCMANUS,**              | : |                |
| **Plaintiffs,**                    | : |                |
|                                    | : | **No. 15-cv-402** |
| **v.**                             | : |                |
|                                    | : |                |
| **ORLEANS RH PA-IL, LP, et al.,**  | : |                |
| **Defendants.**                    | : |                |

### <u>O R D E R</u>

   **AND NOW**, this 30th day of March, 2015, upon consideration of the defendants'

motion to dismiss (Doc. No. 5) and all responses thereto, it is hereby **ORDERED** that

this action is **REMANDED** to the Court of Common Pleas of Bucks County for lack of

subject matter jurisdiction, as explained in the accompanying memorandum.


                              BY THE COURT:

                              /s/Lawrence F. Stengel
                              LAWRENCE F. STENGEL, J.